Plaintiff's Name ERNEST MILLER JR.
Inmate No. T-97203
Address P.O. BOX #3481
CORCORAN, CALIF, 93212
— CALIFORNIA STATE PRISON —

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
NORTHERN

ERNEST MILLER JR                    C 08   0009
(Name of Plaintiff)                 (Case Number)

vs.                                 COMPLAINT

=B.M.U=
(CDC Deputy Secretary)              Civil Rights Act, 42 U.S.C. § 1983
MR. JOE McGRATH
                  (ASSOCIATE
MR. Tom FETREL   WARDEN)

MR. DAVID RUNNELS (WARDEN)
B.M.U of HIGH DESERT STATE PRISON
(Names of all Defendants)

SI (PR)

I. **Previous Lawsuits** (list all other previous or pending lawsuits on back of this form):

   A.  Have you brought any other lawsuits while a prisoner? Yes ✓ No __

   B.  If your answer to A is yes, how many? One #1#
       Describe previous or pending lawsuits in the space below.
       (If more than one, use back of paper to continue outlining all lawsuits.)

       1. Parties to this previous lawsuit:

       Plaintiff _____HIGH DESERT STATE PRISON"_____

       Defendants __MR. DR. ROCHE   MR. SILKEY (MEDICAL)__

       2. Court (if Federal Court, give name of District; if State Court, give name of County)
          EASTERN DISTRICT "SACRAMENTO CA"

       3. Docket Number CV-00947 FRB-GGH  4. Assigned Judge RALPH B. BEISTLINE

       5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
          _____

       6. Filing date (approx.) 4-17-2006  7. Disposition date (approx.) 10-22-07

1

II. **Exhaustion of Administrative Remedies**

    A.    Is there an inmate appeal or administrative remedy process available at your institution?

         Yes ✓    No ___

    B.    Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

         Yes ✓    No ___

         If your answer is no, explain why not _____

    C.    Is the process completed?

         Yes ✓          If your answer is yes, briefly explain what happened at each level.
         SEE ATTACHED

         No ___          If your answer is no, explain why not.

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

III. **Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A.    Defendant "B.M.U" MR. JOE McGRATH is employed as DEPUTY SECRETARY of CDC at SACRAMENTO - HEADQUARTERS

B.  Additional defendants  MR. TOM FETTREL (ASSOCIATE WARDEN) of H.D.S.P ALL

MR. DAVID RUNNELS (WARDEN)

c/o SERGEANT MR. D. MENDOCA of B.M.U.

c/o MR. J. SANCHEZ of B.M.U

c/o MS. J. BARRON of B.M.U

c/o MR. LUETINANT J.L. BISHOP of B.M.U

IV.  **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

(ASSOCIATE WARDEN) MR. Tom FETREL and (WARDEN) MR. DAVID RUNNELS ARE Running An ILLEGAL UNDER GROUND PROGRAM CALL B.M.U NOT IN THE PRISONERS RULE BOOK OR COURTS OF C.C.R TITLE #15 OR PRISONERS RULE BOOK THE DOM BY LAW. On 8-30-06 I WAS PLACED IN B.M.U. DUE TO I HAVE A CIVIL-RIGHTS LAW SUIT ON MEDICAL AT HIGH-DESERT-STATE-PRISON #CV-00947-DFL-GGH On 8-23-06 I WAS SENT A NOTICE OF SUBMISSION PACKET, TO SEND BACK TO COURTS, THE NOTICE OF SUBMISSION PACKET CAME UP MISSING IN B.M.U D-5# ON 8-30-06 THEN c/o Sgt.-D- Sgt. MR. MENDOCA c/o MS. J. BARRON & c/o MR. J. SANCHEZ Told me on 9-3-06 WHILE WHILE GIVEING (PAPER WORK LEGAL) AND COSMETICS PROPERTY. THIS IS B.M.U BASIC-MANAGEMENT-UNIT A.K.A BLACK MISCONDUCT UNIT, YOU GET NOTHING, YOU ONLY COULD DO ONE CASE AT A TIME YOU GET NO PROPERTY, NO STORE CANTEEN, NO MAIL ONLY WHAT c/o GUARDS GIVE YOU AS WELL AS food YOUR MONEY IS WORTH NOTHING HERE.

V.  **Relief.**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

PRISONER SEEKS RELIEF OF MONEY DAMAGES OF INTENTIONAL-DISCRIMINATION OF THE EQUAL-PROTECTION CLAUSE OF THE FOURTEENTH AMENDMENT (REESE V. JEFFERSON) SCH-DIST NO.14J, 208 F.3d 736, 740, (9TH CIR 2000) AS WELL PRISONERS DUE HAVE RIGHTS OF THE DUE PROCESS CLAUSE (WOLFF V. MCDONNELL) 418.U.S.539.556 (1974) DUE TO (PRISONER) BEING BLACK AND A RELIGIOUS-CHRISTIAN MAN) AND CONSTANTLY DOING LEGAL-LAW-WORK IN PRISON WITH A LEGAL APPROVED CASE, A "1983" & CLAIM. FROM THE LOW INCOME CALIFORNIA SOCIETY CITYS HIGH-DESERT STATE-PRISON HAS A NEW PROGRAM CALLED B.M.U TELLING BLACKS & OTHER RACES NOT WHITE. THEY CAN'T SPEND THERE MONEY IN THERE PRISON THEY CAN'T GET THERE MAIL, THEY CAN'T HAVE NO PROPERTY, ONLY IF THEY DO WHAT THE c/o STAFF THE LATIN SKINHEADS COWBOYS AT SUSANVILLE WANTS.

I declare under penalty of perjury that the foregoing is true and correct.

Date December 27# 2007    Signature of Plaintiff Ernest Miller

(revised 6/01/04)

3

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date: AUG 0 7 2007

In re: Miller, T-97203
High Desert State Prison
P.O. Box 270220
Susanville, CA 96127

IAB Case No.: 0615196   Local Log No.: HDSP 07-0907

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I APPELLANT'S ARGUMENT:** It is the appellant's position that while he has been housed in the High Desert State Prison (HDSP) Behavior Management Unit (BMU) he has been receiving substandard quality and quantity of food and that he is being served imitation food items. The appellant contends that the HDSP is violating California Code of Regulations, Title 15, Section (CCR) 3050 in that a wholesome nutritionally balanced meal is supposed to be served. The appellant requests that the quality and quantity of the meals be improved, and that all of the cooks be terminated.

**II SECOND LEVEL'S DECISION:** The reviewer found that a comprehensive and thorough review of the appellant's appeal was conducted. The reviewer found that food portions are not being minimized or reduced for the BMU population. All inmates are treated alike, whether in regard to serving size. The institution serves the State mandated Heart Healthy menu. The Heart Healthy menu is nutritionally analyzed to ensure requirements are met. Portion sizes are verified in several ways. One, by the menu and meal sample report. A food service supervisor will monitor the serving of meals in the BMU on a random basis. The appellant has not provided a compelling argument to support his claims that the food portions are too small and are used as a wanton inflection of pain.

**III DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** The documentation and arguments are persuasive that the appellant has failed to support his appeal issues with sufficient evidence or facts to warrant a modification of the Second Level of Review. The current average caloric content of the institution's meals is between 2900 and 3200 per day. This figure is based upon the needs of a "grown, active adult" in keeping with the department's attempt to reduce fat and salt as specified in CDC Operations Manual Section 54080.6. The meals are established department-wide on an annual basis. The appellant's claim that food items are missing or that the portions are too small is not supported by any compelling or persuasive evidence contain in the appellant's appeal complaint. The serving of meals to the inmate population is monitored on a regular basis. As indicated by the institution, food service personnel and custody staff regularly monitor the serving of meals to the inmate population. This monitoring occurs during normal program activities in which food is served in each facility's dining halls as well as during lock downs when the serving of inmate meals is performed in each housing unit. Additionally, the meals are monitored for the BMU population and they are provided the same types and quantity of food; security concerns not withstanding. The appellant has not provided any new or compelling evidence that would warrant a modification of the decision reached by the institution in this matter. Therefore, the appellant will not be afforded any relief at the Director's Level of Review.

**B. BASIS FOR THE DECISION:**
CCR: 3000, 3001, 3050, 3052, 3270, 3380

**C. ORDER:** No changes or modifications are required by the institution.

MILLER, T-97203
CASE NO. 0615196
PAGE 2


This decision exhausts the administrative remedy available to the appellant within CDCR.

*[signature]*

N. GRANNIS, Chief
Inmate Appeals Branch

cc:   Warden, HDSP
      Appeals Coordinator, HDSP

TO. KITCHEN-STAFF #7-07

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region: HDSP
Log No.: 07-0907
Category: 9 Food Services

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

P.C-832=5-B CITIZEN-Complaint

NAME: MILLER, Ernes
NUMBER: T-97203
ASSIGNMENT: by-RACIAL-DISCRIMINATION P.C.13519.4.C1
UNIT/ROOM NUMBER: D-5-207 Low

A. Describe Problem: on JAN-3-07 in B.M.U.D-5- inmates were giving "BREAK-FAST" with PANCAKES Soaking in Syrup, Soughie" with pieces Broken off each one, Then was Told this is BASIC-MANAGEMENT-Unit. This is worst than AD-SEG from % Guards, inmates are giving Rice not cook, with one Coffee Spoon Size of food on there Tray Cold, "no-Hot-foods." For BREAKFAST they are told they get no Eggs, Boiled or Fried, Just immation powdered Eggs - no Cinnamin Rolls - no Biscuit - no French Toast - nothing Just Whatever the prison Decides to give this yard-unit. inmate E. Miller #T-97203 was giving food-poisoning "Shingles" on 4-6-06, check medical Records in D-6-before This a very Serious problem Guards do not buy prisoners there food. So why are

If you need more space, attach one additional sheet. They Shorting inmates Lunch's and food Trays?

B. Action Requested: Under California Code of Regulations Title "15" section "CCR #3050 Article (A.) Each inmate shall be provided A "wholesome-nutritionally Balanced diet. Nutrition Levels shall meet the Recommended daily Allowances Established. (A-2.) inmates shall be served "two" Hot-meals-Daily. (Request Cooks lose there Job position and a BLACK-COOK-WORK in KITCHEN AT LEAST ONCE A WEEK AT H.D.S.P.

Inmate/Parolee Signature: Ernest Miller    Date Submitted: JAN-3-07

---

C. INFORMAL LEVEL (Date Received: 2/17/07)

Staff Response: Partially granted: Your concerns pertaining to hot food and serving sizes. Has been addressed with food services staff assigned to the D-3 kitchen. Inmate workers are assigned through inmate assignment and must be food-handling cleared prior to being assigned to any food service area. Ethnic balance is always a prime consideration whenever assigning an Inmate to a particlular work area.

Staff Signature: Machen CCII AC    4/ FOOD SERVICES    Date Returned to Inmate: 2/22/07

---

D. FORMAL LEVEL    in this prison they give you PEANUT BUTTER in A cup, with Drugs, other Things not good in it, for Lunch no Seal only    A Serious problem
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

NOTE: All this Took place "in September, October, November, December # 2006 # Also - January 1st week of 2007. Then All changed the first # two # days of me writeing this # 602 # complaint, I mean now we ARE getting back Cinnamin-Rolls, and Biscuit, and some times Real eggs. But the problem is still going on with immation foods, and one spoon size of foods, cake etc.

Signature: Ernest Miller    Date Submitted: 2-25-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

Received JAN 05 2007
NOT ASC FEB 27 2007
APR 16 2007

First Level  ☒ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **2-28-07**   Due Date: **4-10-07**
Interviewed by: **SCC Swayze**

_____
_____
_____
_____
_____

Staff Signature: ~~(signature)~~   Title: **SCC**   Date Completed: **3/29/07**
Division Head Approved:
Signature: (signature) Thompson   Title: **AW, Bs**   Returned Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I did talk to a supervising cook Mr. E. Swayze on March-27-2007 in AD-SEG-#D-8-#224. And I must say these people of C-D-C, are not telling the truth you could have them on video camera and they will still deny it. The immatation (foods and fish) still exist. Also in "AD-SEG" is worst with all the foods they even give all paper lunch's they break seals of bread-chips-cookies-even lunch meats and wrap it in paper. All stail lunch's, even canteen food products that you spend your money for. A major food discrimination to inmates.
Signature: Ernest Miller   Date Submitted: **4-12-07**

Second Level  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **4-17-07**   Due Date: **5-14-07**
☒ See Attached Letter
Signature: (signatures)   Date Completed: **4/25/07**
Warden/Superintendent Signature:    Date Returned to Inmate: **5-4-07**

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

The only thing that really changed was that we get "fried real eggs" sometimes on Sunday "breakfast." The immatation (foods and fish) still exist. Also we get no "fruits" at this prison "why? All C-D-C prisons gives an apple for lunch, except this prison. We see one old rotten banana like once a week if were lucky. In "AD-SEG" they give all paper lunch's they break seals of bread-cheese-lunch-meats-chips-cookies-etc and wrap it in paper, all stail-lunch's, even store-canteen food products that you spend money for. Due to intentional-discrimination of prisoner's food. A.1983 #42 USC be filed.
Signature: Ernest Miller   Date Submitted: **5-8-2007**

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____
☒ See Attached Letter
Date: **AUG 0 7 2007**

CDC 602 (12/87)

State of California                                                        Department of Corrections and Rehabilitation
                                                                                                                                        High Desert State Prison

# Memorandum

Date:     March 29, 2007

To:      Inmate Miller T97203
          Housing Unit: D5-207L  moved to AD-seg # 8-224

Subject:   **APPEAL LOG #HDSP-07-00907**
             **FIRST LEVEL RESPONSE**

            APPEAL DECISION: Appeal Granted.

            APPEAL ISSUE: You contend that the Food Service Department is using imitation food products and you are not receiving proper food portions.

            A review of the HDSP list of "Inmates With Test of Adult Basic Education (TABE) Reading Scores of 4.0 of Less" indicates that you have a Reading Grade Point Level (RGPL) above 4.0. A review of the HDSP "Assistive Device Listing" reveals that you have no disabilities requiring special accommodation to achieve effective communication.

            APPEAL RESPONSE: Inmate Miller, in reaching a decision on your appeal, your CDC 602 and its attachments, applicable sections of the California Code of Regulations Title 15, the Department Operations Manual (DOM) and your personal interview with Supervising Correctional Cook E. Swayze, were reviewed and considered.

            On March 27, 2007, during your interview with Supervising Correctional Cook E. Swayze, you stated that the Food Services Department needs to quit serving imitation food for example; eggs, chicken, turkey, and beef. Also you state that you are not receiving proper food portions on potatoes, cake, and cold cereal. It was explained to you by Mr. Swayze, that the above mentioned products are real and have been certified for human consumption by the U.S.D.A. Mr. Swayze also explained that he has communicated with Food Service Staff and Custody Staff regarding food portions, and all staff were receptive. It should be noted that you appeared to be satisfied with this response at the time of this interview.

            Based on your information above, your appeal has been granted.

            If you are dissatisfied with this response you may appeal to the Second Level by following the instructions on the back of your appeal form.

            *[signature]*
            CLIFFORD SMITH
            Associate Warden
            Business Services

        c:    Central File

State of California                                   Department of Corrections and Rehabilitation
                                                                       High Desert State Prison

# Memorandum

Date:   April 27, 2007

To:     Inmate Miller, CDC# T-97203
        Housing Unit: D8-224

Subject: **APPEAL LOG #HDSP-07-0907**
         **SECOND LEVEL RESPONSE**

APPEAL DECISION: Appeal Denied

APPEAL ISSUE: You state that Food Services is discriminating towards inmates housed in Administrative Segregation by serving them imitation food.

A review of the HDSP list of "Inmates With Test of Adult Basic Education (TABE) Reading Scores of 4.0 or less" indicates that you have a Reading Grade Point Level (RGPL) above 4.0. A review of the HDSP "Assistive Device Listings" reveals that you have no disabilities requiring special accommodation to achieve effective communications.

APPEAL RESPONSE: Inmate Miller, in reaching a decision on your appeal, your CDC-602 and its attachments, applicable sections of the California Code of Regulations Title 15, the Departmental Operations Manual (DOM), and your personal interview with Assistant Correctional Food Manager W. Haworth, were reviewed and considered.

On April 24, 2007, during your interview with W. Haworth ACFM, the following was explained to you.

1. The HDSP Food Service Department utilizes the statewide-standardized menu that is authorized by a Registered Dietician.
2. HDSP Food Service Department does not purchase, cook, or serve imitation food entrée's. Ground beef is purchased with 20% soy filler from Prison Industry Authority, and an egg extender is used in scrambled eggs.
3. Lunches served to inmates housed in ASU are identical to those being served to the general population, minus the original plastic wrapping and/or container.

If you are dissatisfied with this response you may appeal to the Third Level by following the instructions on the back of your Appeal Form.

M. MCDONALD
Chief Deputy Warden

cc: Central File
    Appeal File

STATE OF CALIFORNIA                                                                                      DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE. [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| ERNEST MILLER | *Ernest Miller* | JANUARY-03-2007 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER / DATE SIGNED |
| ERNEST MILLER | *Ernest Miller* | T-97203 / 1-3-07 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
|  |  |  |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER

**PLAINTIFF or PETITIONER**

v.

HIGH-DESERT-STATE-PRISON

**Case Number:**

**Defendant or Respondent**

CD-C "B-M-U",

**PROOF OF SERVICE**

I hereby certify that on DEC-27, 20 07, I served a copy of the attached A.#42.U.S.C #1983, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at CALIFORNIA-STATE-PRISON:

P.O. BOX #3481
CORCORAN, CA, 93212

SENT TO:
U.S. DISTRICT COURT
NORTHERN DISTRICT of CA
#450# GOLDEN GATE AVE
SAN FRANCISCO, CALIFORNIA #94102

I declare under penalty of perjury that the foregoing is true and correct.

*Ernest Miller*